UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SAFETY SERVICES, INC., | No. 1:18-cv-00349-DAD-JLT |
| Plaintiff, | |
| v. | ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT |
| MICHAEL JOHNSON, et al., | (Doc. No. 6) |
| Defendants. | |

On March 13, 2018, the court issued an order consolidating the cases entitled *American Safety Services, Inc. v. Michael Johnson, et al.*, No. 1:18-cv-00349-LJO-JLT and *Gene Moseley et al. v. Michael Johnson, et al.*, No. 1:18-cv-00344-DAD-JLT. (Doc. No. 5.) On March 27, 2018, the parties filed a stipulation to allow plaintiff to file a First Amended Complaint. (Doc. No. 6.)

The Federal Rules of Civil Procedure provide that district courts "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Nevertheless, leave to amend need not be granted where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile. *See Amerisource Bergen Corp. v. Dialysist W., Inc.*, 465 F.3d 946, 951 (9th Cir. 2006) (citing *Bowles v. Reade*, 198 F.3d 752, 757 (9th Cir. 1999)). "Prejudice to the opposing party is the most important factor." *Jackson v. Bank of Haw.*, 902 F.2d 1385, 1387 (9th Cir. 1990) (citing *Zenith Radio Corp. v. Hazeltine Research,*

*Inc.*, 401 U.S. 321, 330–31 (1971)).

Here, nothing before the court suggests bad faith or undue delay on the part of the plaintiff.  Because the parties have stipulated to the proposed amendment, the court concludes there is no prejudice to defendants.  Accordingly, the court finds good cause to grant plaintiff leave to amend the complaint.

For the reasons set forth above,

1. Pursuant to the parties' stipulation (Doc. No. 6), plaintiff is granted leave to file a First Amended Complaint;
2. Plaintiff shall file the First Amended Complaint within ten days of the date of service for this order; and
3. Within twenty-one days from the date of service of plaintiff's First Amended Complaint, defendants shall file a responsive pleading thereto.

IT IS SO ORDERED.

Dated: __**March 28, 2018**__   _____
UNITED STATES DISTRICT JUDGE